```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| NIKOLOZ JIKIA,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Defendants. | 18-CV-05754 (LAP)<br><u>ORDER</u> |

LORETTA A. PRESKA, Senior United States District Judge:

　　The Clerk of the Court is respectfully directed to close 18-CV-05754.

**SO ORDERED.**

Dated:　New York, New York
　　　　April 8, 2025

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　Senior United States District Judge